UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BURTON N. PUGACH,

       Plaintiff,       09 CV 2186 (BMC)(LB)

 -against-            **STIPULATION OF DISMISSAL**

GENWORTH LIFE INSURANCE COMPANY
OF NEW YORK and JORDAN SAMUELSON,

       Defendants.
------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that, pursuant to Fed.R.Civ.P. 41(a)(1), the above-captioned action is dismissed in its entirety, with prejudice and with each party to bear its own costs.

  With respect to defendant Jordan Samuelson ("Samuelson"), plaintiff Burton N. Pugach never served him with process in this action and Samuelson has not made an appearance in this action.

  This stipulation may be executed and filed in counterparts, with each such counterpart constituting an original.

Dated: New York, New York
   November 10, 2009

             GOLENBOCK EISEMAN ASSOR BELL
             & PESKOE LLP

             By:  s/S. Preston Ricardo
                S. Preston Ricardo (SPR 5765)

             437 Madison Avenue
             New York, New York 10022
             (212) 907-7300

             Attorneys for defendant Genworth Life Insurance
             Company of New York

By: ___s/Burton T. Pugach___
      Burton N. Pugach

98-01 67th Avenue
Rego Park, New York 11374
(347) 838-0545

Plaintiff *pro se*